IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRE SIME, <br><br> Plaintiff, <br><br> v. <br><br> I.Q. DATA INTERNATIONAL, INC., <br><br> Defendants. | CASE NO. 3:15-CV-01841-JD <br><br> [**PROPOSED**] ORDER GRANTING STIPULATION TO DISMISS PURSUANT TO Fed. R. Civ. P. 41(a)(1)(A)(ii) |

Having considered the parties' Stipulation for Dismissal, the above-entitled action is hereby dismissed with prejudice, with respect to Defendant I.Q. DATA INTERNATIONAL, INC. Each party shall bear its own costs and expenses.

DATED: May 6, 2016  _____
HONORABLE JAMES DONATO
UNITED STATES DISTRICT JUDGE



{00048523;1}

08170.00

ORDER
CASE NO. 3:15-CV-01841-JD